# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| STEVE LORICK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-17-2559 |
| | § | |
| PRESTON J. JULIAN, JR. individually and d/b/a ANGEL MORTGAGE INCOME RESOURCES, | § | |
| Defendants and Third-party plaintiffs, | § | |
| v. | § | |
| FREDERICA BREAUX, MIA BREAUX LORICK, and FAMN PROP LLC, | § | |
| Third-party defendants. | § | |

## ORDER TO PRODUCE

The court held a discovery status conference on April 18, 2018. (Docket Entry No. 50). At that conference, the defendant, Preston Julian, raised an issue about the plaintiff's production of tax documents that had been heavily redacted. The court ordered the plaintiff, Steve Lorick, to submit the disputed tax documents, unredacted, for in camera review, by the end of the day. (Docket Entry No. 50). Lorick produced the documents, (Docket Entry No. 52), and the court reviewed them. Lorick must reproduce the documents to Julian, unredacted except to protect personal identifying information of individual nonparties, no later than **April 23, 2018.** The protective order provisions apply. The unredacted documents may be filed under seal, but must be produced to the parties.

SIGNED on April 19, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge