United States District Court
Southern District of Texas

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**ENTERED**

August 24, 2018

David J. Bradley, Clerk

| | | |
|---|---|---|
| STEVE LORICK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-17-2559 |
| | § | |
| PRESTON J. JULIAN, JR. individually and | § | |
| d/b/a ANGEL MORTGAGE INCOME | § | |
| RESOURCES, | § | |
| Defendants and | § | |
| Third-party plaintiffs, | § | |
| v. | § | |
| | § | |
| FREDERICA BREAUX, | § | |
| MIA BREAUX LORICK, and | § | |
| FAMN PROP LLC, | § | |
| | § | |
| Third-party defendants. | § | |

**ORDER**

The defendants filed a motion to terminate oral depositions, (Docket Entry No. 76).  The

filing of this motion is inconsistent with this court's procedures, which require the following:

> **Any party wishing to make any discovery motion should arrange for a conference with the court before the preparation and submission of <u>any</u> motion papers.  Fax or e-mail Mrs. Eddins at (713) 250-5213 or <u>Lisa_Eddins@txs.uscourts.gov</u> to arrange for a premotion conference and notify your adversary of the date and time fixed for the conference.  To the extent the proposed motion can be disposed of at the premotion conference, this will be done.  If papers are necessary, the issues to be addressed and a schedule for the briefs will be set out at the conference.**

This motion is stricken.  Counsel  must contact Mrs. Eddins to arrange a premotion conference.

SIGNED on August 24, 2018, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge